H-00-3487

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
At Greenbelt

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| EQUIMED, INC., | * | Case No. 00-111-47-PM |
| | * | Involuntary Chapter 7 |
| Debtor. | * | |
| | * | |
| | * | |
| KEYSTONE ONCOLOGY, LLC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Adversary Proceeding No. 0-1469-pm |
| | * | |
| MERRILL COHEN, CHAPTER 7 | * | |
| TRUSTEE FOR EQUIMED, INC., et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

**STIPULATION AND ORDER EXTENDING TIME TO RESPOND
TO MOTION TO WITHDRAW REFERENCE AND TO CONSOLIDATE**

Merrill Cohen, Chapter 7 Trustee ("Trustee") for EquiMed, Inc., Keystone Oncology, LLC ("Keystone"), Treatment Centers Limited Partnership ("Treatment Centers") and PFG Capital Corporation ("PFG"), the parties in the above-captioned adversary proceeding, hereby stipulate and agree that Keystone, Treatment Centers and PFG shall have through January 8, 2001 to respond to the Trustee's Motion to Withdraw Reference and to Consolidate.

**IT IS SO ORDERED.**

Dated: December 29, 2000

Alexander Harvey
JUDGE

DCLIB1/73475/1/

BAKER & HOSTETLER LLP

By: /s/ Wade A. Mitchell
    Matthew R. Goldman (13158)
    Wendy J. Gibson
    Wade A. Mitchell
    1100 National City Center
    1900 E. 9th St.
    Cleveland, OH 44114-3485
    Tel: (216) 621-0200
    Fax: (216) 696-0740

Attorneys for Merrill Cohen, Esq.,
Chapter 7 Trustee of EquiMed, Inc.


BROWN & WOOD LLP

By: /s/
    David R. Kuney (07980)
    Guy S. Neal, Esq. (23042)
    1666 K Street, NW
    Washington, DC 20006-1208
    Tel: (202) 533-1300
    Fax: (202) 533-1399

Attorneys for Keystone Oncology, LLC


SAUL EWING LLP

By: /s/ Joyce A. Kuhns
    Joyce A. Kuhns (03979)
    100 South Charles Street, 15th Floor
    Baltimore, Maryland 21201
    Tel: (410) 332-8600
    Fax: (410) 332-8862

Attorneys for Treatment Centers Limited
Partnership and PFG Capital Corporation