IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
At Greenbelt

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| EQUIMED, INC., | * | Civil Action No. 00-CV-3487 |
| | * | Bankruptcy No. 00-11147-PM |
| Debtor | * | Chapter 7 (Involuntary) |
| | * | |
| | | |
| KEYSTONE ONCOLOGY, LLC. | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Adversary Proceeding No. 0-1469-pm |
| | * | |
| MERRILL COHEN, CHAPTER 7 | * | |
| TRUSTEE FOR EQUIMED, INC., et al., | * | |
| | * | |
| | * | |

**STIPULATION AND ORDER EXTENDING TIME TO REPLY TO BRIEFS
OPPOSING MOTION TO WITHDRAW REFERENCE AND TO CONSOLIDATE**

Merrill Cohen, Chapter 7 Trustee ("Trustee") for EquiMed, Inc., Keystone Oncology, LLC ("Keystone"), Treatment Centers Limited Partnership ("Treatment Centers") and PFG Capital Corporation ("PFG"), the parties in the above-captioned adversary proceeding, hereby stipulate and agree that the Trustee shall have through January 26, 2001 to reply to Keystone's, the Treatment Centers' and PFG's briefs in opposition to the Trustee's Motion to Withdraw Reference and to Consolidate.

**IT IS SO ORDERED.**

Dated: Jan. 16, 2001

_____
JUDGE

BAKER & HOSTETLER LLP

By: _____
    Matthew R. Goldman (13158)
    Wendy J. Gibson
    Wade A. Mitchell (30647)
    3200 National City Center
    1900 E. 9th Street
    Cleveland, Ohio 44114-3485
    Tel: (216) 621-0200
    Fax: (216) 692-0740

Attorneys for Merrill Cohen, Esq.,
Chapter 7 Trustee of EquiMed, Inc.


BROWN & WOOD LLP

By: _Guy S. Neal per telephone consent 1/9/01_
    David R. Kuney (07980)
    Guy S. Neal, Esq. (23042)
    1666 K Street, NW
    Washington, DC 20006-1208
    Tel: (202) 533-1300
    Fax: (202) 533-1399

Attorneys for Keystone Oncology, LLC

SAUL EWING LLP


By: _Joyce A Kuhns per Telephone consent 1/9/01_
    Joyce A. Kuhns (03979)
    100 South Charles Street, 15th Floor
    Baltimore, Maryland 21201
    Tel: (410) 332-8600
    Fax: (410) 332-8862

Attorneys for Treatment Centers Limited
Partnership and PFG Capital Corporation